Timothy GREENE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 32576.

Missouri Court of Appeals,
Western District.

June 22, 1982.

Barry W. Finkel, Warrensburg, for appellant.

John Ashcroft and Melinda Corbin, Jefferson City, for respondent.

Before CLARK, P. J., and MANFORD and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from a denial of a motion for post-conviction relief under Rule 27.26 proceeding.

Judgment affirmed. Rule 84.16(b).